**E-filed 6/25/07**

1  ROBERT J. YORIO (SBN 93178)
   ryorio@carrferrell.com
2  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
3  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
4  CARR & FERRELL *LLP*
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone: (650) 812-3400
6  Facsimile: (650) 812-3444

7  Attorneys for Plaintiff and Counter-Defendant
   ACTICON TECHNOLOGIES LLC
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORP., a California corporation; C-ONE TECHNOLOGY CORPORATION, a foreign corporation; CNET TECHNOLOGY CORP., a California corporation; CNET TECHNOLOGY, INC., a foreign corporation; and MACE GROUP, INC., d/b/a MACALLY PERIPHERALS, INC., a California corporation, and MARGI SYSTEMS, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C 06 4679 JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS CNET TECHNOLOGY CORP. AND CNET TECHNOLOGY, INC.** |

Plaintiff and Counter-Defendant ACTICON TECHNOLOGIES LLC and Defendants and Counter-Claimants CNET TECHNOLOGY CORP. and CNET TECHNOLOGY, INC. ("CNET") hereby stipulate to a dismissal with prejudice of the Complaint, with respect to Defendants CNET TECHNOLOGY CORP. and CNET TECHNOLOGY, INC., and the CNET Counterclaim, pursuant

{00239810v1}

-1-

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS
CNET TECHNOLOGY CORP. AND CNET TECHNOLOGY, INC.           (C 06 4679 JF (HRL)

to the provisions of Fed. R. Civ. P. 41(a)(2). The parties further agree to bear their own attorneys' fees and costs of suit incurred herein.

IT IS SO STIPULATED.

Dated: June 12, 2007          CARR & FERRELL LLP

By: /s/ Robert J. Yorio
ROBERT J. YORIO

Attorneys for Plaintiff and Counter-Defendant
ACTICON TECHNOLOGIES LLC


Dated: June 12, 2007          K & L GATES LLP

By: /s/
MICHAEL BETTINGER

Attorneys for Defendants and Counter-Claimants
CNET TECHNOLOGY CORP. and
CNET TECHNOLOGY INC.

### ORDER

Based on the parties' stipulation and for good cause shown, the Complaint is dismissed with prejudice against Defendants CNET TECHNOLOGY CORP. and CNET TECHNOLOGY, INC. and the Counterclaim of CNET is dismissed in its entirety. The parties are to bear their own attorneys' fees and costs of suit incurred herein.

IT IS SO ORDERED.

Dated: 6/25/07, 2007          By: /s/ Jeremy Fogel
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

{00239810v1}                                      -2-

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS
CNET TECHNOLOGY CORP. AND CNET TECHNOLOGY, INC.                (C 06 4679 JF (HRL))